Eric R. Clark, Esq. [ISB #4697]
CLARK & ASSOCIATES, ATTORNEYS
P.O. Box 2504
Eagle, ID 83616
Office: (208) 830-8084
Fax: (208) 939-7136
eclark@EricRClarkAttorney.com

    Attorney for Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br>   SOELBERG, JOSEPH and HEATHER<br><br>Debtors. | Case No. 15-01355 – TLM<br>(Chapter 13)<br><br>ADV. PRO. NO. 15-6054 |
| ANNETTE LLOYD DAVIDSON,<br><br>              Plaintiff,<br>vs.<br><br>JOSEPH LLOYD SOELBERG,<br><br>              Defendant. | |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S UNTIMELY RESPONSE, (Dkt. 28 and 29.), TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT (Dkt. 26.)**

**PROCEDURAL HISTORY**

    Plaintiff filed her Second Motion for Summary Judgment and accompanying declarations on February 12, 2016. (Dkt. 26.) Plaintiff also filed a Second Notice for Judicial Notice, and an Objection to Soelberg's affidavit filed in response to Plaintiff's First Motion for Summary

Judgment. Additionally, Plaintiff filed a Notice of Hearing setting her hearing for her Second Motion for Summary Judgment on March 14, 2016. (Dkt. 27.)

On March 4, 2016, Defendant filed a reply to Plaintiff's Second Motion for Summary Judgment, (Dkt. 29.) and a Motion to Strike. (Dkt. 30.).

As Defendant's response and Motion to Strike are untimely, the Plaintiff objects.

## ARGUMENT

Bankruptcy Local Rule 7056.1, addresses the filing procedures and deadlines for summary judgment motions.

> (2) If the opposing party desires to file affidavits or other materials, that party *shall do so at least fourteen (14) days* before the date of the hearing. The opposing party shall also file a responsive brief, and a statement of disputed and undisputed facts, at least fourteen (14) days prior to the hearing. (Emphasis added.)

Bankruptcy Local Rule 7056.1(b)(2).

On February 12, 2016, the Plaintiff filed her second motion for summary judgment and accompanying documents. (Dkt, 26.) The Notice of Hearing regarding Plaintiff's Motion for Summary Judgment filing, also filed on February 12, 2016, set the hearing for March 14, 2016. (Dkt. 27.) Based on Bankruptcy Local Rule 7056.1, if the Defendant intended to file a responsive brief, a statement of undisputed facts, affidavits/declarations, "or other materials," such as objection to the evidence presented by the Plaintiff, then his deadline to do so was February 29, 2016.

The Defendant failed to timely file his response to Plaintiff's Second Motion for Summary Judgment and his Motion to Strike. Then, notwithstanding the late filing, the Defendant failed to file any motions to shorten time for filing any response. Finally, the Defendant has offered no justifiable excuse or explanation for why he failed to comply with the clear and unambiguous deadlines set in Bankruptcy Local Rule 7056.1(b)(2).

The Plaintiff respectfully requests that the Court disregards the Defendant's filings in response to Plaintiff's Second Motion for Summary Judgment due to the Defendant's unexplained and unexcused non-compliance with Local Rule 7056.1(b)(2).

RESPECTFULLY SUBMITTED from Boise, Idaho, this 7th day of March 2016.

            CLARK & ASSOCIATES, ATTORNEYS

             /s/ *Eric R. Clark*
             For the Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of March 2016, I filed the foregoing document electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

| | |
|---|---|
| Randal J French | Kathleen A. McCallister |
| POB 836 | POB 1150 |
| Boise, ID 83701 | Meridian, ID 83680 |
| (208) 859-6881 | (208) 922-5100 |
| rfrench@rfrenchlaw.com | kam@kam13trustee.com |
| Attorney for Defendant Soelberg | Trustee |

             /s/ *Eric R. Clark*
             For the Plaintiff